IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| GEORGE PRESLEY, # 158155, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GEORGE EDWARDS CAPTAIN, *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:04-cv-729-WKW<br>(WO) |

**O R D E R**

After an independent and *de novo* review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

(1) The objection filed by the plaintiff on December 18, 2006 (Doc. # 48) is overruled;

(2) The recommendation of the United States Magistrate Judge entered on December 4, 2006 (Doc. # 47) is adopted;

(3) The motions for summary judgment filed on behalf of Defendants Thomas, Campbell, Kendrick, Whiting and Smith (Docs. # 12 & 41) are GRANTED;

(4) Plaintiff's claims against Defendants Thomas, Campbell, Kendrick, Whiting and Smith, including any Religious Land Use and Institutionalized Persons Act ("RLUIPA") claims, are DISMISSED with prejudice and said Defendants are DISMISSED as parties to this action;

(5) The motions for summary judgment filed on behalf of Defendant Edwards (Docs. # 12 & 41) are DENIED in part and GRANTED in part. The motions are DENIED with respect to Plaintiff's federal First Amendment claim, state First Amendment

claim, and RLUIPA claim, and GRANTED with respect to Plaintiff's due process, property, equal protection, and conspiracy claims. Further, the motions are DENIED with respect to Plaintiff's claim for injunctive relief pertaining to his request for return of his Native American items listed on Exhibit A of Document Number 1, and GRANTED with respect to the remaining requests for injunctive and/or declaratory relief. Finally, the motions are DENIED with respect to Defendants Edwards' entitlement to qualified immunity for Plaintiff's First Amendment claim for monetary damages, and GRANTED with respect to Defendant Edwards' entitlement to qualified immunity for Plaintiff's RLUIPA claim for monetary damages;

(6) Plaintiff's due process, property, equal protection, and conspiracy claims against Defendant Edwards are DISMISSED with prejudice;

(7) Plaintiff's First Amendment and RLUIPA claims for monetary damages against Defendant Edwards in his official capacity are DISMISSED with prejudice;

(8) Plaintiff's RLUIPA claim for monetary damages against Defendant Edwards in his individual capacity is DISMISSED with prejudice; and

(9) The following claims shall PROCEED to trial: (a) Plaintiff's claim that Defendant Edwards violated his state and federal First Amendment rights to the free exercise of his religion, (b) Plaintiff's claim that Defendant Edwards violated the RLUIPA by denying him access to religious property central to his Native American religion at the time of his transfer to Draper Correctional Facility, (c) Plaintiff's claim for injunctive relief pertaining to his request for return of his Native American items listed on Exhibit A of Document Number 1, and (d) Plaintiff's First Amendment claim for monetary damages against Defendant Edwards in his individual capacity.

Done this the 19th day of January, 2007.

                                           /s/   W.  Keith Watkins
                              UNITED STATES DISTRICT JUDGE